```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 03782
   RUTHIE BETTS
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5068

------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 02/02/2004 and was confirmed 04/14/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  23.40%.

     The case was paid in full 12/26/2007.
------------------------------------------------------------------------
CREDITOR NAME                 CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                               PAID          PAID
------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  NOTICE ONLY     NOT FILED            .00            .00
AMERICREDIT FINANCIAL SV  NOTICE ONLY     NOT FILED            .00            .00
AMERICASH LOANS LLC       UNSECURED          412.85            .00          96.62
AMERICREDIT FINANCIAL SV  SECURED           1426.94        2019.42        1426.94
ROUNDUP FUNDING LLC       UNSECURED         6077.37            .00        1422.29
ACTION CARD               UNSECURED       NOT FILED            .00            .00
ROUNDUP FUNDING LLC       UNSECURED         1407.59            .00         329.42
AMERICAN CASH N GO        UNSECURED       NOT FILED            .00            .00
AT&T                      UNSECURED       NOT FILED            .00            .00
CNH GLOBAL                UNSECURED         2500.00            .00         585.08
CROSS COUNTRY BANK        UNSECURED       NOT FILED            .00            .00
DOMINIC MASCATO           UNSECURED       NOT FILED            .00            .00
FAIRLANE CREDIT LLC       NOTICE ONLY     NOT FILED            .00            .00
INSTANT CASH              UNSECURED       NOT FILED            .00            .00
PAYROLL LOANS DIRECT      UNSECURED       NOT FILED            .00            .00
ROBERTO MIOTTO            UNSECURED OTH    10000.00            .00        2342.34
SALVATORE SPINELLI ESQ    UNSECURED       NOT FILED            .00            .00
AMERICASH LOAN            UNSECURED       NOT FILED            .00            .00
CERTEGY CHECKS            UNSECURED       NOT FILED            .00            .00
ALFRED PETONE MD          UNSECURED       NOT FILED            .00            .00
MCI COMMUNICATIONS        UNSECURED       NOT FILED            .00            .00
MERCHANTS CREDIT GUIDE C  UNSECURED       NOT FILED            .00            .00
ORCHARD BANK              UNSECURED       NOT FILED            .00            .00
PAYDAY LOAN STORE         UNSECURED       NOT FILED            .00            .00
SALVATORE SPINELLI ESQ    UNSECURED       NOT FILED            .00            .00
NEAL FELD                 DEBTOR ATTY       2,689.00                      2,689.00
TOM VAUGHN                TRUSTEE                                           601.99
DEBTOR REFUND             REFUND                                            399.76

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
```

PAGE 1 - CONTINUED ON NEXT PAGE

CASE NO. 04 B 03782 RUTHIE BETTS

```
-------------------------------------------------------------------------------
TRUSTEE                                  11,912.86

PRIORITY                                                           .00
SECURED                                                       1,426.94
    INTEREST                                                  2,019.42
UNSECURED                                                     4,775.75
ADMINISTRATIVE                                                2,689.00
TRUSTEE COMPENSATION                                            601.99
DEBTOR REFUND                                                   399.76
                                         ---------------    ---------------
TOTALS                                   11,912.86            11,912.86
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/27/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE









                          PAGE   2
            CASE NO. 04 B 03782 RUTHIE BETTS